[Cite as *08/18/2003 Case Announcements*, 2003-Ohio-4332.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## *August 18, 2003*

## MOTION AND PROCEDURAL RULINGS

**1994–1538. State v. Bies.**
Hamilton App. No. C–920841. This cause is pending before this court upon appellant's motion for stay of execution. Whereas it has come to the court's attention that the United States District Court has already stayed appellant's execution,

IT IS ORDERED by the court that appellant's motion for stay of execution be, and hereby is, denied as moot.

**2002–0585. Klein v. Leis.**
Hamilton App. Nos. C–020012, C–020013, C–020015 and C–020021, 146 Ohio App.3d 526, 767 N.E.2d 286, 2002-Ohio-1634. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. On August 8, 2003, appellant city of Cincinnati filed a list of additional authorities with the names of several attorneys. Whereas Elizabeth S. Haile is not admitted to practice law in the state of Ohio and has not sought admission pro hac vice as required by S.Ct. Prac.R. I(1) and (2),

IT IS ORDERED by the court, sua sponte, that the name of Elizabeth S. Haile be stricken from the list of additional authorities and Elizabeth S. Haile shall not be permitted to participate in this case.

**2002–1861. Masiongale Electrical–Mechanical, Inc. v. Constr. One, Inc.**
Franklin App. No. 02AP–138, 2002-Ohio-4736. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. On May 14, 2003, appellee filed a merit brief with the name of Gregory B. Smith listed as an attorney pro hac vice. Whereas Gregory B. Smith is not admitted to practice law in the state of Ohio and has not sought admission pro hac vice as required by S.Ct.Prac.R. I(1) and (2),

IT IS ORDERED by the court, sua sponte, that the name of Gregory B. Smith be stricken from appellee's merit brief and Gregory B. Smith shall not be permitted to participate in this case.

**2003–0806. ORIX Credit Alliance, Inc. v. Tracy.**
Board of Tax Appeals No. 1996–P–500. This cause is pending before the court as an appeal and cross-appeal from the Board of Tax Appeals. Upon consideration of appellant/cross-appellee's motion for extension of time to file a merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant/cross-appellee's merit brief is due on or before September 15, 2003.

**2003–1108. State ex rel. Rademacher v. Marriott Mgt. Serv. Corp.**
Franklin App. No. 02AP–932, 2003-Ohio-2728. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file a merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before September 26, 2003.

**2003–1350. State ex rel. Geauga Cty. Bd. of Commrs. v. Milligan.**
This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition. Upon consideration of the motion for leave to intervene of Geauga County Sheriff Dan McClelland,

IT IS ORDERED by the court that the motion for leave to intervene be, and hereby is, denied. PFEIFER and LUNDBERG STRATTON, JJ., would grant the motion.